JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA'MAR WILLIAMS,                      )        Case No. CV 13-4886-RGK  (OP)
                                      )
                                      )        J U D G M E N T
                  Petitioner,         )
            v.                        )
                                      )
                                      )
DALINDA HARMAN, Acting Chief,         )
                                      )
                                      )
                  Respondent.         )
_____   )

        Pursuant to the Order Accepting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

        IT IS ADJUDGED that the First Amended Petition is denied and this action is
dismissed with prejudice.


DATED:  June 17, 2014        _____
                             HONORABLE R. GARY KLAUSNER
                             United States District Judge


Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge